■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT YAGDIS, Appellant. [607 NYS2d 407] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered May 4, 1992, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant pleaded guilty with the understanding that, should he be re-arrested prior to sentencing, he would receive a sentence in excess of that promised. The mere fact that the court did not expressly state what enhanced sentence it might impose should the defendant be re-arrested prior to sentencing, or expressly inform the defendant that in the event he were to be re-arrested, he would not be permitted to withdraw his plea, did not compromise the validity of the plea *(see, People v Ogtong,* 80 NY2d 702, 711; *People v Outley,* 80 NY2d 702, 707-708). Under the circumstances of this case, the defendant has no basis to complain that the sentence imposed was excessive *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.